**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | | |
|---|---|---|---|
| In re | Professional Investors Security Fund I, A California Limited Partnership | Case No. | 20-30908 |
| | Debtor(s) | Chapter | 11 |

## CORPORATE OWNERSHIP STATEMENT (RULE 1010(b) AND 7007.1)

Pursuant to Federal Rules of Bankruptcy Procedure 1010(b) and 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned authorized officer for Professional Financial Investors, Inc., the petitioner in the above-captioned bankruptcy case, certifies that the following is a (are) corporation(s), other than a governmental unit, that directly or indirectly own(s) 10% or more of any class of the petitioner's equity interests, or states that there are no entities to report under Federal Rules of Bankruptcy Procedure 1010(b) and 7007.1:

☒ None [*Check if applicable*]

Date  November 20, 2020   Signature  *Michael Hogan*
                                     DocuSigned by: 71376210E0AC421...
                                     Name: Michael Hogan
                                     Title: Chief Restructuring Officer