## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA

In re: Professional Investors Security Fund I, A California Limited Partnership

Debtor(s)

Case No. 20-30908
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned authorized officer for the above-captioned debtor, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Professional Investors Security Fund, Inc.

☐ None [*Check if applicable*]

Date: December 28, 2020

Signature: *Michael Hogan* (DocuSigned by: 71376210E0AC421)

Name: Michael Hogan
Title: Chief Restructuring Officer of Professional Financial Investors Inc., general partner of Debtor